EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

Joel Carter, #410324

Plaintiff,

v.

Washington et al

Defendants,

Case No.: 2:21-cv-11361
District Judge: Stephen J. Murphy III
Magistrate Judge: Curtis Ivy, Jr.

JOEL CARTER, #410324
*In Pro Per*
Macomb Correctional Facility
34625 26 Mile Road
Lenox, MI 48048

MICHIGAN DEPT. OF ATTORNEY GENERAL
Sara E. Trudgeon (P82155)
Joshua S. Smith (P63349)
*Attorneys for the MDOC Defendant*
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
trudgeons@michigan.gov

CHAPMAN LAW GROUP
Jeffrey L. Bomber (P85407)
*Attorney for Rickey Coleman, D.O. and Rosilyn Jindal, P.A.*
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
jbomber@chapmanlawgroup.com

**DECLARATION OF RICKY COLEMAN, D.O.**

STATE OF MICHIGAN )
)ss
COUNTY OF_______________ )

I, RICKEY COLEMAN, D.O. first being duly sworn on oath, state that if I were called to testify as a witness in this matter, I would testify to the following facts

based upon my personal knowledge and review of Mr. Carter's Michigan Department of Corrections medical chart:

1. On all dates relevant to Plaintiff's Complaint, I was a physician licensed to practice in the state of Michigan.

2. On August 16, 2018, I reviewed Rosilyn Jindal, P.A.'s request for ACMO review to increase Mr. Carter's Neurontin. Mr. Carter's Neurontin was prescribed to address neuropathic pain related to Mr. Carter's multiple sclerosis (MS). After reviewing Mr. Carter's medical records, I determined that an increase from 900 mg of Neurontin daily to 1800 mg of Neurontin daily was not clinically indicated. At the time, Mr. Carter was also receiving Amitriptyline and Baclofen to address his MS-related neuropathic pain, as well as Neurontin. Instead, I approved an increase to 400 mg of Neurontin, three times daily (1200 mg daily).

3. On August 27, 2018, I approved an ACMO request to change Mr. Carter's multiple sclerosis medication from Copaxone injections to 120 mg of Tecfidera, twice daily, titrated up to 240 mg of Tecfidera twice daily.

4. I reviewed PA Jindal's request for ACMO review to renew Mr. Carter's Baclofen and Elavil prescriptions on December 20, 2018. I approved a

prescription for 20 mg of Baclofen three times daily, to be crushed and dissolved in water. Furthermore, I approved a prescription for 75 mg of Elavil each night at bedtime.

5. On January 23, 2019, I reviewed PA Jindal's request for ACMO review to increase Mr. Carter's Neurontin from 400 mg, three times daily (1200 mg daily), to 1200 mg of Neurontin, three times daily (3600 mg daily). I deferred PA Jindal's request upon review of Mr. Carter's records. A 1200 mg dose of Neurontin (3600 mg daily) is the maximum recommended dose of Neurontin and is not clinically indicated upon review of Mr. Carter's medical records. Mr. Carter had only nondescript and non-severe complaints of MS-related pain that were adequately controlled by his treatment regime.

6 On March 5, 2019, I conducted ACMO review following a request from PA Jindal to discontinue Mr. Carter's Neurontin after he was found to be cheeking the medication by MDOC custody and nursing staff. Given Mr. Carter's documented efforts to divert medication, I approved tapering and removing Mr. Carter from all medications prescribed via the MDOC Pain Management Committee.

7. My involvement with Mr. Carter's care as it relates to the allegations in his Complaint is limited to the issues set forth in this declaration. The

matters stated in this Declaration are based on my personal knowledge and review of Mr. Carter's Michigan Department of Corrections medical records from the relevant time period.

8. I do not believe that I, in any way, acted with deliberate indifference in Mr. Carter's case. I treated Mr. Carter in a manner that I, in my medical judgment, felt was appropriate.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Further affiant sayeth not.

Rickey Coleman D.O.

RICKEY COLEMAN, D.O.

Date: December 20, 2022